ORIGINAL

430/03

0407A131

Guy W. Bluff, Esq. #010778
BLUFF & ASSOCIATES, P.C.
844 North 4th Avenue
Phoenix, Arizona 85003-1314
Tel: 602-452-2000
Fax: 602-452-2010
Bluff@GuyWBluff.Com
Attorneys for Plaintiff

FILED
JUL 13 2004
U.S. COURT OF
FEDERAL CLAIMS

BLUFF & ASSOCIATES, P.C.
CONSTRUCTION ATTORNEYS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RICHARD E. LAMBERT, LTD.

Plaintiff,

v.

THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

Defendant.

Case No. 04-1155C

## CONTRACTOR'S COMPLAINT

Plaintiff Richard E. Lambert, Ltd., through undersigned counsel, complaining of a decision issued by Carol Lewis, a Contracting Officer for the Department of Veterans Affairs, in a letter dated February 9, 2004, alleges as follows:

1. Jurisdiction is conferred on this court by 28 U.S.C. § 1491(a)(1) and (2), as well as 41 U.S.C. § 609(a)(1). This claim is based on an express written Contract with the United States of America Department of Veterans Affairs.

2. The provision of the Contract upon which Plaintiff relies is attached hereto as Exhibit A.

3. Plaintiff is a corporation organized under the laws of the State of Arizona, with offices and its principal place of business in Tucson, Arizona.

BLUFF & ASSOCIATES, P.C.
CONSTRUCTION ATTORNEYS

4. Contract V678C-752—Renovate Ward 3N at Southern Arizona VA, called for the renovation of certain portions of Ward 3N at the Southern Arizona Veterans Administration. The Contract was awarded to Plaintiff by the Department of Veterans Affairs on behalf of the United States, following formal bid advertising on or about September 27, 2001, at a fixed price of $886,400.00. Exhibit A.

5. As awarded, the Contract required that Plaintiff complete the Contract work within 360 calendar days from the Notice to Proceed. Exhibit A.

6. During the course of construction, the Contracting Officer executed various change orders that both increased the Contract price and extended the time period for completion of the Contract.

7. During the course of construction, Plaintiff was directed through either oral or written change order directives to make certain modifications to the original Contract requirements and specifications. During the course of construction, Plaintiff submitted approximately 40 Change Order Requests to the Contracting Officer for consideration. As part of the Change Order Requests, Plaintiff sought extensions of the Contract time for performance. A summary of the numerous change order requests is attached hereto as Exhibit B.

8. As adjusted through formal written change order, the date for completion of the Contract was extended through December 28, 2002.

9. The Contract contained the standard form "Changes", "Default", and "Disputes" clauses required by the Federal Acquisition Regulations.

## BREACH OF CONTRACT

10. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 9 as if fully set forth below.

BLUFF & ASSOCIATES, P.C.
CONSTRUCTION ATTORNEYS

11. Plaintiff agreed to provide the necessary labor, material, tools, equipment and supervision to complete the renovations to Ward 3N of the Southern Arizona VA.

12. Defendant agreed to pay Plaintiff the original Contract sum $886,400.00 for the renovations, and to pay such further sums as might become due under the Contract via change order.

13. Defendant made numerous change orders, resulting in additional construction time and costs.

14. The total amount of change order requests equals $277,462.37.

15. Plaintiff completed the renovations to the VA pursuant to the terms of the Contract, and Defendant accepted the work on or about May 22, 2003.

16. Plaintiff submitted payment applications that included change order amounts.

17. Of the total change order amount of $277,462.37, Defendant has paid Plaintiff $129,466.00, leaving an outstanding change order balance of $147,996.37.

18. Defendant has breached the Contract by failing to pay Plaintiff for sums owed under the Contract. Specifically, Defendant has failed to pay Plaintiff the sum of $147,996.37.

19. Despite numerous requests, Defendant refuses to pay Plaintiff the outstanding change order amounts owed under the Contract. Specifically, on February 9, 2004, Contracting Officer Carol Lewis of the Department of Veterans Affairs issued a Final Decision, denying Plaintiff the amounts owed under the Contract. Exhibit C.

20. Plaintiff has been harmed by Defendant's breach and has suffered damages.

BLUFF & ASSOCIATES, P.C.
CONSTRUCTION ATTORNEYS

21. As this matter arises out of Contract, Plaintiff is entitled to recover its attorney's fees.

WHEREFORE, Plaintiff Richard E. Lambert, Ltd., prays for judgment against Defendant, the United States Department of Veterans Affairs, as follows:

a. For the principal sum of $147,996.37 together with interest at the highest rate allowed by law;

b. For Plaintiff's reasonable costs and attorneys' fees incurred.

c. For such other and further relief as the Court may deem just and proper under these circumstances.

DATED this 9th day of July, 2004.

BLUFF & ASSOCIATES, P.C.

By:____________________________

Guy W. Bluff, Esq. #010778
844 North 4th Avenue
Phoenix, Arizona 85003-1314
Tel: 602-452-2000
Fax: 602-452-2010
Bluff@GuyWBluff.Com
Attorneys for Plaintiff

**DEPARTMENT OF VETERANS AFFAIRS**

Southern Arizona VA Health Care System
Tucson, AZ 85723

678/9-90C

September 27, 2001

In Reply Refer To:

Richard E. Lambert, LTD
P.O. Box 30778
Tucson, AZ 85751

04050692

Subj: V678C-752, Renovate Ward 3N

**NOTICE OF ACCEPTANCE**

Dear Mr. Lambert:

Acceptance is hereby made of your proposal submitted in response to IFB 678-73-01, RENOVATE WARD 3N issued on July 31, 2001 at this facility. Your firm is required to provide necessary labor, material, tools, equipment and supervision to perform all work stated in this project pursuant with specifications, drawings and amendment nos.1, 2 and 3 for consideration of eight hundred eighty-six thousand, four hundred dollars and no cents ($886,400.00). The contract number for this project is V678C-752. All work shall be completed within three hundred sixty (360) calendar days after the date of Notice to Proceed.

Additionally, your firm is required to furnish a performance bond and a payment bond. The performance and payment bonds shall be in the amount of eight hundred eighty-six thousand, four hundred dollars ($886,400.00). Please furnish the bonds to this office within ten (10) calendar days after receipt of this notice. You will be officially notified to proceed with the contract work after the bonds have been received/approved and a pre-construction conference has been conducted. Please acknowledge receipt of this acceptance letter by signing both copies, maintain the original for your files and return the copy to this office.

Sincerely,

Carol Lewis
Contracting Officer

Received on: 10-3-01
By: Richard E. Lambert
Title: PRESIDENT

encl

cc: file

# Exhibit A

**Richard E. Lambert, Ltd. - VA Hospital - Request for Equitable Adjustment**

**Claim Summary**

| | | | | | |
|---|---|---|---|---|---|
| Labor - (Class 5445 Wallboard) | | 7,874.96 | | | CO Detail |
| Labor - Burden (5445) | 33.99% | 2,676.87 | | | Calculated |
| Labor - (Class 5405 Carpentry) | | 5,690.67 | | | CO Detail |
| Labor - Burden (5405) | 54.49% | 3,100.74 | | | Calculated |
| Materials | | 12,537.90 | | | CO Detail |
| Other / Transportation / Disposal | | 1,241.00 | | | CO Detail |
| **Subtotal** | | | **33,122.14** | | Calculated |
| Prime Contractor Overhead | 10.00% | | 3,312.21 | | Calculated |
| Subcontractor Expense | | | 112,336.26 | | CO Detail |
| Direct Extended Overhead Job Expense | | | | | |
| 44 Day Delay - TE1 - Previously Negotiated | 44 | 307.99 | 13,551.56 | | |
| Change Orders - TE Requests Approved | 82 | 307.99 | 25,255.18 | | |
| Change Orders - TE Requests Disputed | 94 | 307.99 | 28,951.06 | | |
| Extended General Conditions | | | | | |
| Eichleay - TE1 Issued | 44 | 102.67 | 4,517.54 | | |
| Eichleay - TE Requests Approved | 82 | 102.67 | 8,419.06 | | |
| Eichleay - TE Requests Disputed | 94 | 102.67 | 9,651.12 | | |
| (Adj for 10% Prime Contractor Overhead) | | | (3,312.21) | | From Above |
| (Adj for Days in Prior Set. Agreements) | 4 | 410.66 | (1,642.65) | | CO Summary |
| **Subtotal** | | | | **234,161.27** | |
| Bond Premium / Expense | 1.44% | | 3,371.92 | | |
| Insurance (General Liability) | 1.34% | | 3,137.76 | | |
| Taxes | 4.94% | | 11,567.57 | | |
| **Subtotal** | | | | **252,238.52** | |
| Prime Contractor Profit | 10.00% | | | 25,223.85 | |
| **Total Change Order Requests** | | | | **$ 277,462.37** | |
| Less - Prior Payments / Authorizations on Change Orders | | | | **$(129,466.00)** | |
| Request for Equitable Adjustment | | | | **$ 147,996.37** | |

# Exhibit B

## Change Order Detail

| S/D | COR ## | Description | Labor - 5445 Wallboard | Labor - 5405 Carpentry | Materials | Subcontractor | Other |
|---|---|---|---|---|---|---|---|
| | | | 7,874.96 | 5,690.67 | 12,537.90 | 112,336.26 | 1,241.00 |
| 1 | A | Add 4 Ball Valves | 72.00 | - | - | 696.85 | - |
| 2 | D | Add 3 Ball Valves | 60.00 | - | - | 569.97 | - |
| 3 | E | Cap Exhaust Duct / Demo Drywall | 196.00 | - | 50.00 | 811.78 | 125.00 |
| 4 | F | Remove Column | 406.00 | - | - | - | 235.00 |
| 6 | H | Patching and Revising Handrail | 143.28 | - | - | 331.63 | 75.00 |
| 7 | I | Change Door Ratings | - | - | - | 970.66 | 456.00 |
| 5 | L | R & R Vent Piping | 1,880.00 | - | - | 15,538.61 | - |
| 16 | NA | Re-Set Frames | - | 1,363.12 | - | - | - |
| 23 | NA | Temp Water | - | - | - | 763.35 | - |
| 18 | NA | Bed Locator Color Change | - | - | 4,200.00 | - | - |
| 13 | P | Add R19 Insulation | 1,076.75 | - | 1,320.00 | - | 25.00 |
| 24 | Q | Move AV Box | 246.00 | - | - | 3,640.78 | - |
| 22 | R | R & R Cable Tray | 102.50 | - | - | 4,068.90 | - |
| 12 | S | Revise Ceiling Heights | 238.00 | - | 21.00 | 14,493.21 | - |
| 8 | T | Changes to Nurse Call Headwall & TV Bracket | - | - | - | 1,990.69 | - |
| 10 | U | Fire Sprinkler at Hip Roof | - | - | - | 1,439.75 | - |
| 9 | V | Relocate Fire Sprinkler Standpipe | 559.76 | - | 175.00 | 10,599.39 | - |
| 11 | W | Shaft Walls | 76.00 | - | - | 5,144.07 | 75.00 |
| 14 | X | Enclose Return Ducts | - | - | - | 1,543.41 | - |
| 15 | Y | Relocate Circuits from E3N1 | 152.00 | 224.00 | - | 2,324.25 | - |
| 17 | Z | Delete Dampers | 532.00 | 557.64 | 190.00 | 8,683.82 | - |
| 19 | AA | Delete Fire Alarm Components | - | - | - | 1,620.04 | - |
| Not Issued | BB | Additional Backing | - | 2,919.76 | 1,892.50 | 1,003.52 | - |
| 28 | CC | Relocate Temp Fencing | 152.00 | - | - | 316.00 | - |
| 36 | DD | Misc. Wall Changes at N331 & N333 | 57.00 | - | 165.00 | - | - |
| Not Issued | EE | Misc. Electrical Work | 57.00 | 123.92 | - | 3,858.50 | - |
| 30 | FF | Misc. Electrical Work | 57.00 | - | - | 4,955.26 | 150.00 |
| 20 | GG | Fire Hardware | - | 84.00 | 1,345.00 | - | - |
| 35 | HH | Troubleshoot Electrical Circuit | - | - | - | 260.83 | - |
| 29 | II | Add Ceiling Defuser | - | - | - | 416.00 | - |
| 21 | JJ | 4" Conduit Change | 122.39 | - | - | 2,969.00 | - |
| 25 | KK | Remove Existing Duct | 72.00 | - | - | 3,140.88 | 100.00 |
| 32 | LL | Floor Patch | - | - | - | 13,100.00 | - |

## Change Order Detail

| S/D | COR ## | Description | Labor - 5445 Wallboard | Labor - 5405 Carpentry | Materials | Subcontractor | Other |
|---|---|---|---|---|---|---|---|
| | | | 7,874.96 | 5,690.67 | 12,537.90 | 112,336.26 | 1,241.00 |
| 38 | MM | Extend Emergency Power | - | - | - | 5,877.01 | - |
| 26 | NN | Misc. Plumbing & Mechanical | 114.00 | - | - | 758.00 | - |
| 37 | OO | Add 220 Volt Circuit | - | - | - | 450.10 | - |
| 39 | PP | Add Corner Guards | 1,503.28 | - | 1,919.40 | - | - |
| 27 | QQ | Handrails and Stair Treads | | 418.23 | 1,260.00 | - | - |
| CO-RR | RR | Unilateral Time Extensions (BB, CC, DD; FF, HH, II, KK thru QQ) | - | - | - | - | - |
| | | **Totals** | 7,874.96 | 5,690.67 | 12,537.90 | 112,336.26 | 1,241.00 |
| | | Subtotal Direct Expense | 139,680.79 | | | | |

## Change Order Summary

| S/D | COR ## | Description | Previously Requested | Approved | Claim | Time Extensions Requested | Time Extensions Approved | Time Extensions Disputed |
|---|---|---|---|---|---|---|---|---|
| | | | $ 189,585.33 | $ 129,466.00 | $ 60,119.33 | 176 | 82 | 94 |
| 1 | A | Add 4 Ball Valves | 1,052.21 | 685.00 | 367.21 | 5 | - | 5 |
| 2 | D | Add 3 Ball Valves | 841.82 | 586.00 | 255.82 | - | - | - |
| 3 | E | Cap Exhaust Duct / Demo Drywall | 1,679.71 | 1,078.00 | 601.71 | 2 | 2 | - |
| 4 | F | Remove Column | 1,124.90 | 655.00 | 469.90 | - | - | - |
| 6 | H | Patching and Revising Handrail | 912.61 | 705.00 | 207.61 | 2 | 1 | 1 |
| 7 | I | Change Door Ratings | 1,811.54 | 1,362.00 | 449.54 | - | - | - |
| 5 | L | R & R Vent Piping | 22,873.31 | 14,412.00 | 8,461.31 | 18 | 6 | 12 |
| 16 | NA | Re-Set Frames | 2,278.71 | 1,642.00 | 636.71 | 7 | - | 7 |
| 23 | NA | Temp Water | 993.51 | 794.00 | 199.51 | - | - | - |
| 18 | NA | Bed Locator Color Change | 5,333.05 | 5,319.00 | 14.05 | - | - | - |
| 13 | P | Add R19 Insulation | 3,476.10 | 2,292.00 | 1,184.10 | 4 | 1 | 3 |
| 24 | Q | Move AV Box | 4,935.33 | 1,869.00 | 3,066.33 | 2 | 2 | - |
| 22 | R | R & R Cable Tray | 5,480.42 | 4,013.00 | 1,467.42 | - | - | - |
| 12 | S | Revise Ceiling Heights | 22,966.19 | 17,079.00 | 5,887.19 | 14 | 6 | 8 |
| 8 | T | Changes to Nurse Call Headwall & TV Bracket | 2,527.73 | 1,978.00 | 549.73 | 3 | 2 | 1 |
| 10 | U | Fire Sprinkler at Hip Roof | 1,828.16 | 1,249.00 | 579.16 | 2 | 1 | 1 |
| 9 | V | Relocate Fire Sprinkler Standpipe | 14,616.79 | 11,167.00 | 3,449.79 | 5 | 3 | 2 |
| 11 | W | Shaft Walls | 6,723.54 | 5,285.00 | 1,438.54 | 5 | 5 | - |
| 14 | X | Enclose Return Ducts | 1,959.78 | 1,541.00 | 418.78 | 4 | 2 | 2 |
| 15 | Y | Relocate Circuits from E3N1 | 3,579.83 | 2,616.00 | 963.83 | 2 | 2 | - |
| 17 | Z | Delete Dampers | 13,089.29 | 7,449.00 | 5,640.29 | 7 | 7 | - |
| 19 | AA | Delete Fire Alarm Components | 2,057.08 | 1,819.00 | 238.08 | 7 | 7 | - |
| 33 | BB | Additional Backing | 9,865.14 | 7,837.00 | 2,028.14 | 5 | - | 5 |
| 28 | CC | Relocate Temp Fencing | 650.08 | 442.00 | 208.08 | 1 | - | 1 |
| 36 | DD | Misc. Wall Changes at N331 & N333 | 358.40 | 309.00 | 49.40 | 3 | - | 3 |
| 34 | EE | Misc. Electrical Work | 3,496.42 | 1,336.00 | 2,160.42 | 3 | - | 3 |
| 30 | FF | Misc. Electrical Work | 7,691.61 | 6,001.00 | 1,690.61 | 5 | - | 5 |
| 20 | GG | Fire Hardware | 1,835.08 | 1,783.00 | 52.08 | - | - | - |
| 35 | HH | Troubleshoot Electrical Circuit | 362.57 | 349.00 | 13.57 | 3 | - | 3 |
| 29 | II | Add Ceiling Defuser | 528.23 | 252.00 | 276.23 | 1 | - | 1 |
| 21 | JJ | 4" Conduit Change | 4,013.69 | 2,247.00 | 1,766.69 | 2 | 2 | - |

| S/D | COR ## | Description | Previously Requested | Approved | Claim | Time Extensions Requested | Time Extensions Approved | Time Extensions Disputed |
|---|---|---|---|---|---|---|---|---|
| | | | $ 189,585.33 | $ 129,466.00 | $ 60,119.33 | 176 | 82 | 94 |
| 25 | KK | Remove Existing Duct | 4,233.05 | 1,671.00 | 2,562.05 | 4 | - | 4 |
| 32 | LL | Floor Patch | 16,634.04 | 9,919.00 | 6,715.04 | 5 | - | 5 |
| 38 | MM | Extend Emergency Power | 8,723.69 | 5,962.00 | 2,761.69 | 10 | - | 10 |
| 26 | NN | Misc. Plumbing & Mechanical | 1,161.48 | 806.00 | 355.48 | | - | - |
| 37 | OO | Add 220 Volt Circuit | 668.12 | 518.00 | 150.12 | 3 | - | 3 |
| 39 | PP | Add Corner Guards | 4,883.83 | 2,459.00 | 2,424.83 | 21 | - | 21 |
| 27 | QQ | Handrails and Stair Treads | 2,338.29 | 1,980.00 | 358.29 | 21 | - | 21 |
| CO-RR | RR | Unilateral Time Extensions (BB, CC, DD; FF, HH, II, KK thru QQ) | - | - | - | - | 33 | (33) |
| | | **Totals** | **$ 189,585.33** | **$ 129,466.00** | **$ 60,119.33** | **176** | **82** | **94** |

**DEPARTMENT OF VETERANS AFFAIRS**

Southern Arizona VA Health Care System
Tucson, AZ 85723

Certified Mail
Return Receipt Requested
In Reply Refer To: 678/9-90C

04020587

February 9, 2004

Richard E. Lambert Ltd.
P.O. Box 30778
Tucson, AZ 85751

Subj: V678C-752, Renovate Ward 3N
VA response re: Claim dated December 5, 2003

**FINAL DECISION**

Dear Mr. Kimminau:

I have carefully reviewed your claim dated December 5, 2003, (received on December 18, 2003) for additional time and/or compensation for various contract changes in the amount of $147,996.37. After a thorough examination and analysis of the information provided, I am denying your claim.

This contract was awarded on September 27, 2001, with a performance period of 360 calendar days after receipt of Notice to Proceed. Notice to Proceed was issued on November 19, 2001, and physical work began at the job site on November 19, 2001. Work was completed and accepted on May 22, 2003.

The most recent documentation submitted does not contain any new evidence to support your claim. A letter of explanation was included with each contract modification, including each S/A or S/D issued, showing how the final price was determined. To simply state that you are entitled to additional time and/or costs is inadequate. It is your responsibility to provide clear and convincing supporting documentation to completely justify your position, which you have not done.

Your firm was behind from the beginning of construction, even though VA issued a 44-day time extension. Due to your failure to comply with performance and safety requirements, a Cure Notice was issued on January 3, 2002. Daily logs consistently show less that an adequate workforce on site plus your mechanical subcontractor walked of the job on more than one occasion or simply did not show up at all.

After careful consideration, I hereby deny your claim.

**Exhibit C**

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

The Department of Veterans Affairs Board of Contract Appeals (VABCA) is the authorized representative of the Secretary for hearing and determining such disputes. The rules of the VABACA are published in section 1.783, of Title 38, Code of Federal Regulations. The address of the Board is 810 Vermont Avenue, NW, Washington, DC 20420.

Sincerely,

Carol Lewis
Contracting Officer

cc: COTR
Insurance Company of the West – Bond # 184 05 82