# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Richard E. Lambert, Ltd. **04-1155C**

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Guy W. Bluff

Firm Name: Bluff & Associates, P.C.

Post Office Box:

Street Address: 844 N. 4th Avenue

City-State-Zip: Phoenix, Arizona 85003

Telephone & Facsimile Numbers: (602) 452-2000 (tel) (602) 452-2010 (fax)

E-mail address:

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: V A

**See attached Sheet for three digit code.**

Amount Claimed: $147,996.37 plus fees and costs

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2