IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-1155C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of THOMAS B. FATOUROS as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Thomas B. Fatouros
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Dated: August 10, 2004

s/ Thomas B. Fatouros
Thomas B. Fatouros
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-5958
Fax: (202) 305-2118