IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-1155C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 14-day enlargement of time, up to and including November 18, 2004, within which to file the Joint Preliminary Status Report ("JPSR") in this case. The JPSR currently is due on November 4, 2004. This is defendant's first request for an enlargement of time for this purpose. Government counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose this motion.

This request is necessitated by the fact that the parties have been unable to hold an early meeting of counsel in this matter as required by Appendix A of the Rules of the United States Court of Federal Claims. During the last two weeks, Government counsel has been responsible for defending multiple depositions and responding to discovery requests in Washington Office Center v. United States, Fed, Cl. No. 04-165C. Plaintiff's counsel has informed the Government that he has been responsible for 20 days of trial during the time period proceeding the due date of the JPSR.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion to file the Joint Preliminary Status Report on or before November 18, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick by Deborah Bynum
MARK A. MELNICK
Assistant Director

OF COUNSEL:
KENNETH B. MACKENZIE
Attorney
Department of Veterans Affairs
810 Vermont Avenue, NW
Room 1030
Washington, DC 204020

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 307-5958
Fax: (202) 514-7965

November 4, 2004

Attorneys for Defendant