430/03

Guy W. Bluff, Esq #010778
BLUFF & ASSOCIATES, P.C.
844 North 4th Avenue
Phoenix, Arizona 85003-1314
Tel: 602-452-2000
Fax: 602-452-2010
Bluff@GuyWBluff.Com
Attorneys for Plaintiff

BLUFF & ASSOCIATES, P.C. CONSTRUCTION ATTORNEYS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RICHARD E. LAMBERT, LTD.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | Case No. 04-1155 C<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME** |

Pursuant to Rule 6(b) of the Rules of this Court, Plaintiff respectfully requests a 30-day enlargement of time, up to and including December 18, 2004, within to file the Joint Preliminary Status Report ("JPSR") in this case. The JPSR currently is due on November 18, 2004. This is the Plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel has conferred with Government's counsel and is authorized to state that the Government does not oppose this motion.

This request is necessitated by the fact that the parties have been unable to hold an early meeting of counsel in this matter as required by Appendix A. of

430/03

BLUFF & ASSOCIATES, P.C.
CONSTRUCTION ATTORNEYS

the Rules of the United States Court of Federal Claims. Plaintiff's counsel has informed the Government that he has had an unusually busy trial schedule that has precluded his attention to the preparation of the JPSR.

For these reasons, Plaintiff respectfully requests that the Court grant its unopposed motion to file the Joint Preliminary Status Report on or before December 18, 2004.

DATED this 17th day of November, 2004.

BLUFF & ASSOCIATES, P.C.

By:____________________

Guy W. Bluff, Esq. #010778
844 North 4th Avenue
Phoenix, Arizona 85003-1314
Tel: 602-452-2000
Fax: 602-452-2010
Bluff@GuyWBluff.Com
Attorneys for Plaintiff