# In the United States Court of Federal Claims

No. 04-1155 C

(Filed: January 3, 2005)

| | |
|---|---|
| **RICHARD E. LAMBERT, LTD.**, | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

A preliminary status conference will in held in this case on Thursday, January 13, 2005, at 2:00 PM Eastern Time. The parties shall appear by telephone. The purpose of the status conference will be to discuss the status of the case and to schedule additional proceedings. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least three business days prior to the status conference, that a reporter be present.

Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 219-1433 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge