# In the United States Court of Federal Claims

No. 04-1155 C

(Filed: January 14, 2005)

***********************************
**RICHARD E. LAMBERT, LTD.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

On January 13, 2005, a preliminary status conference was held in this case. During the status conference the Court discussed with the parties the proposed discovery schedule, along with the possibility of working toward settlement by utilizing the Court's ADR program.

The parties represented to the Court that they would attempt to jointly devise a method of ADR acceptable to each party and would keep the court apprised of any progress. The Court hereby ORDERS that this exploration of ADR be undertaken concurrently with fact discovery. The Court further ORDERS that the if the parties reach agreement on participating in ADR, a Joint Status Report shall be filed **within 5 days** of any such agreement, indicating how the parties wish to proceed.

It is further ORDERED that a telephonic status conference will be held on Thursday, **August 4, 2005** at 2:00 PM EDT. The parties shall be prepared to discuss during the status conference the progress of settlement discussions in the case.

In addition, as discussed at the status conference, it is hereby ORDERED that the following discovery schedule shall apply in this case:

1. Initial disclosures under RCFC 26(a)(1) shall be made by **January 19, 2005**.

2. Fact and expert discovery shall open on **January 19, 2005**.

3. Fact discovery shall close on **August 1, 2005**.

   i. Presumptive discovery limits shall apply in this case.

   ii. The parties have indicated that they do not anticipate the need for mental examinations of witnesses or physical examinations of subject property. If such a need arises, the examinations shall be conducted prior to the close of fact discovery.

4. Expert Witnesses

   i. Parties shall designate expert witnesses by **April 1, 2005**.

   ii. Expert reports, if necessary, shall be exchanged by **July 1, 2005**.

   iii. Expert deposition shall be completed by **September 1, 2005**.

5. All discovery shall close on **September 1, 2005**.

6. A post-discovery Joint Status Report shall be filed on or before **September 6, 2005**.

s/ Edward J. Damich
Edward J. Damich
Chief Judge