IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-1155C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of PAUL R. WELLONS as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Paul R. Wellons
U.S. Department of Justice,
Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Dated: September 1, 2005

s/ PAUL R. WELLONS

Paul R. Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 616-8253
Fax: (202) 307-0972

CERTIFICATE OF FILING

I hereby certify that on September 1, 2005, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ PAUL R. WELLONS