IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., Plaintiff, | ) | |
| v. | ) | No. 04-1155C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DISCOVERY PERIOD

Defendant, the United States, respectfully requests that the Court enlarge the discovery period by six months, to and until March 1, 2006. The discovery period presently is due to close on September 1, 2005. This is defendant's first request for an enlargement for this purpose. Plaintiff's counsel has represented that plaintiff does not oppose this request.

The parties have accomplished the following: Defendant served its initial disclosures on plaintiff on January 19, 2005. Plaintiff submitted an informal request for the documents that would constitute the Rule 4 file before a board of contract appeals on June 14, 2005. Plaintiff attempted to serve document requests and interrogatories on defendant on June 21, 2005 but plaintiff's mailing was returned. Defendant received plaintiff's formal discovery requests on July 18, 2005.

Defendant has agreed to provide plaintiff with the documents that would constitute the Rule 4 file before a board of contract appeals. This is a substantial disclosure in addition to our initial disclosures pursuant to Rule 26. We anticipate providing

a copy of these documents to plaintiff within one week. Defendant is in the process of compiling its response to plaintiff's formal discovery requests as well as preparing its own formal discovery requests. Plaintiff has agreed to provide plaintiff with its initial disclosures.

The parties believe that the requested enlargement of time will enable them to complete the discovery process. The requested enlargement also will enable newly assigned counsel representing the Government to become familiar with the facts and issues of this case. Finally, the parties anticipate using this time to explore the appropriateness of an audit of plaintiff's claims in hopes that this may assist them in resolving this case.

For these reasons, the parties request that the Court enlarge the discovery period until March 1, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK. A. MELNICK
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

September 1, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 1, 2005, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION TO ENLARGE THE DISCOVERY PERIOD” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ PAUL R. WELLONS