IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-1155C (Chief Judge Damich) |

JOINT STATUS REPORT

Pursuant to the Court's order dated January 14, 2005, the parties respectfully submit the following status report.

Defendant served its initial disclosures on plaintiff on January 19, 2005. Plaintiff submitted an informal request for the documents that would constitute the Rule 4 file before a board of contract appeals on June 14, 2005. Plaintiff attempted to serve document requests and interrogatories on defendant on June 21, 2005 but plaintiff’s mailing was returned because of a problem with defendant’s mail service. Defendant received plaintiff’s formal discovery requests on July 18, 2005.

Defendant has agreed to provide plaintiff with the documents that would constitute the Rule 4 file before a board of contract appeals. Defendant anticipates providing a copy of these documents to plaintiff within one week. Defendant is in the process of compiling its response to plaintiff’s formal discovery requests as well as preparing its own formal discovery requests. Plaintiff has agreed to provide plaintiff with its initial disclosures.

On September 1, 2005, defendant filed a motion to enlarge the discovery period by six months. The requested enlargement will enable newly assigned counsel representing the Government to become familiar with the facts and issues of this case. The parties believe that the requested enlargement of time will enable them to complete the discovery process. Finally, the parties anticipate using this time to explore the appropriateness of an audit of plaintiff’s claims in hopes that this may assist them in resolving this case.

The parties anticipate filing a status report regarding their progress no later than March 6, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK. A. MELNICK
Assistant Director

s/ GUY W. BLUFF
GUY W. BLUFF
Bluff & Associates
844 North 4th Avenue
Phoenix, Arizona 85003-1314
Tel: (602) 452-2000
Fax: (602) 452-2010

Attorney for Plaintiff

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

September 6, 2005

CERTIFICATE OF FILING

I hereby certify that on September 6, 2005, a copy of the foregoing “JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ PAUL R. WELLONS