# In the United States Court of Federal Claims

No. 04-1155 C

(Filed: September 16, 2005)

***********************************
**RICHARD E. LAMBERT, LTD.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

A telephone status conference will be held on October 20, 2005, at 11:00 AM to discuss the issues addressed in Defendant's Unopposed Motion to Enlarge the Discovery Period. In the meantime, this Court has granted an extension until November 15, 2005, pending the outcome of this conference.

On September 13, 2005, an email was sent to Plaintiff's counsel and Defendant's counsel regarding potential dates for this status conference. On September 13, 2005, Defendant's counsel responded informing the Court that he is available on any of the dates suggested. As Plaintiff's counsel has not informed this Court as to the suitability of any of these dates, the Court has, in the interests of time, set the conference for October 20, 2005, at 11AM.

Counsel for the parties shall call Chief Judge Damich’s judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference and provide her with the phone number where they can be reached at the time of the status conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge