# In the United States Court of Federal Claims

No. 04-1155 C

(Filed: October 20, 2005)

**********************************
**RICHARD E. LAMBERT, LTD.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

As discussed during the telephonic status conference held today, October 20, 2005, the parties shall file a Joint Status report on or before **November 8, 2005**, informing the Court of the projected date for completing the audit of Plaintiff's claim.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge