430/03

Guy W. Bluff, Esq. #010778
BLUFF & ASSOCIATES, P.C.
844 North 4th Avenue
Phoenix, Arizona 85003-1314
Tel: 602-452-2000
Fax: 602-452-2010
Bluff@GuyWBluff.Com
Attorneys for Plaintiff

0510A165

BLUFF & ASSOCIATES, P.C.
CONSTRUCTION ATTORNEYS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RICHARD E. LAMBERT, LTD.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | Case No. 04-1155 C<br><br>**STATUS REPORT**<br><br>Hon. Edward J. Damich |

Plaintiff Richard E. Lambert, Ltd., by and through counsel undersigned hereby gives notice to the Court that it has complied with the Courts order of 20-October

2005 by delivering its Initial Disclosure Statement under Rule 26(a)(1) to Defendant..

DATED this 24th day of October, 2005.

BLUFF & ASSOCIATES, P.C.

By:______________________________
Guy W. Bluff, Esq., #010778
844 North 4th Avenue
Phoenix, Arizona 85003-1314
Tel: 602-452-2000
Fax: 602-452-2010
Bluff@GuyWBluff.Com
Attorneys for Plaintiff

Original filed electronically this
24th day of October 2005 with:

Clerk of the Court
United States Court of Federal Claims
717 Madison Place, N.W.
Washington DC 20005

Hon. Edward J. Damich
United States Court of Federal Claims
717 Madison Place, N.W.
Washington DC 20005

Copy delivered via facsimile this
18th day of November, 2004, to:

Paul R. Wellons (202) 307-0972
U.S. Department of Justice, Civil Div.
1100 L Street, N.W.
Washington, D.C. 20530
Attorney for Defendant

By:

BLUFF & ASSOCIATES, P.C. CONSTRUCTION ATTORNEYS