IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., Plaintiff, | ) | |
| v. | ) | No. 04-1155C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated October 20, 2005, the parties respectfully submit the following status report.

Defendant’s counsel and representatives of the Department of Veterans Affairs (“VA”) have contacted the Defense Contract Audit Agency (“DCAA”) to ascertain the appropriateness of scheduling an audit of plaintiff’s claims as well as the projected completion date of any audit.

At this time, counsel for both parties believe that an audit of plaintiff’s claims could be useful in resolving this case. Currently, DCAA and VA representatives are attempting to confirm that this is an appropriate case for an audit. DCAA and VA representatives also are examining whether it would be more appropriate and cost-effective to audit all of plaintiff’s claims or to conduct a limited audit focusing upon discreet issues in this case.

Assuming DCAA performs a full audit of all of plaintiff's claims, DCAA representatives project that they will require approximately 80-100 hours to complete the audit. Plaintiff states that it will cooperate fully with any DCAA audit in this case.

Defendant's counsel projects that an audit could be completed by the end of February 2006. This estimation could be subject to revision once DCAA auditors have an opportunity to inspect the subject documents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK. A. MELNICK
Assistant Director

s/ GUY W. BLUFF
GUY W. BLUFF
Bluff & Associates
844 North 4th Avenue
Phoenix, Arizona 85003-1314
Tel: (602) 452-2000
Fax: (602) 452-2010

Attorney for Plaintiff

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

November 8, 2005

CERTIFICATE OF FILING

I hereby certify that on November 8, 2005, a copy of the foregoing “JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ PAUL R. WELLONS