# In the United States Court of Federal Claims

No. 04-1155 C

(Filed: November 10, 2005)

| | |
|---|---|
| **RICHARD E. LAMBERT, LTD.**, | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On September 1, 2005, the Defendant filed an Unopposed Motion to Enlarge the Discovery Period until March 1, 2006. In light of the circumstances relating to the request, the court held a status conference on October 20, 2005. Pursuant to the court's order of October 20, 2005, the parties filed a joint status report on November 8, 2005, wherein they stated that they believe an audit of Plaintiff's claims would be useful to resolve the case, and that such an audit could be completed by the end of February 2006.

In light of the parties' request, the Defendant's Unopposed Motion to Enlarge the Discovery Period until March 1, 2006, is GRANTED. Discovery in the case shall end on **March 1, 2006.** The parties shall file a joint status report on or before **March 15, 2006**, wherein they inform the court of the status of the audit and provide a recommendation on how to proceed. In the event that circumstances change, the parties shall file a joint status report within 14 days wherein they inform the court of the changed circumstances, provide a recommendation on how to proceed, and list three mutually convenient dates when the parties are available for a telephonic status conference to discuss the circumstances referenced in the joint status report.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge