IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., Plaintiff, | ) | |
| v. | ) | No. 04-1155C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DISCOVERY PERIOD</u>

Defendant, the United States, respectfully requests that the Court enlarge the discovery period by six months, to and until September 1, 2006. The discovery period presently is due to close on March 1, 2006. This is defendant's second request for an enlargement for this purpose. Plaintiff's counsel has represented that plaintiff joins in this motion.

Defendant served its initial disclosures on plaintiff on January 19, 2005. Plaintiff attempted to serve document requests and interrogatories on defendant on June 21, 2005, but plaintiff's mailing was returned because of a problem with defendant's mail service. Defendant received plaintiff's formal discovery requests on July 18, 2005.

On September 1, 2005, defendant's counsel was assigned to this case. On September 7, 2005, defendant produced to plaintiff copies of the documents that would be the equivalent of the Rule 4 file before a board of contract appeals. On October 22, 2005, plaintiff's counsel served plaintiff's initial disclosures on defendant's counsel.

On October 31, 2005, defendant provided its responses to plaintiff's written discovery requests. On November 9, 2005, defendant provided plaintiff with defendant's document requests and requests for responses to written interrogatories.

On December 14, 2005, defendant's counsel agreed to extend the deadline for plaintiff to respond to defendant's written discovery requests to January 14, 2006. On January 16, 2006, plaintiff's counsel informed defendant's counsel via letter that plaintiff would provide its responses to defendant's written discovery requests no later than January 23, 2006. On February 16, 2006, plaintiff's counsel informed defendant's counsel that plaintiff's counsel had been unable to complete its responses to defendant's written discovery requests because of illness.

The requested enlargement will provide sufficient time for defendant to receive plaintiff's responses to defendant's written discovery requests. If necessary, defendant will file a motion to compel plaintiff to respond to defendant's written discovery requests. The requested enlargement also will provide sufficient time for defendant to receive copies of relevant documents from plaintiff as well as for both parties to schedule depositions.

For these reasons, defendant requests that the Court enlarge the discovery period until September 1, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK. A. MELNICK
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

March 1, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 1, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DISCOVERY PERIOD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS