IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-1155C (Chief Judge Damich) |

DEFENDANT'S MOTION TO ENLARGE
THE TIME TO FILE A JOINT STATUS REPORT

Pursuant to the Court's order dated November 8, 2005, defendant, the United States, respectfully requests that the Court enlarge the time to file the parties' joint status report by one day, to and including March 16, 2006.

The joint status report presently is due on March 15, 2006. This is defendant's first request for an enlargement for this purpose. Although we have attempted to contact plaintiff's counsel via telephone and e-mail, we are unable to state whether plaintiff opposes this motion.

On March 10, and March 14, 2006, counsel for both parties conferred regarding the status of this case as well as the need to file a joint status report. On March 15, 20056, counsel for defendant transmitted a draft proposed status report to counsel for plaintiff. However, as of the time of this filing, counsel for plaintiff has not informed us whether counsel for plaintiff approves of our draft language, and, as noted above, we have been unable to reach counsel for plaintiff. Counsel for defendant

believes that the one day of enlargement will provide sufficient time for the parties to agree upon language to include in a joint status report.

For these reasons, defendant respectfully requests that the Court enlarge the time to file a joint status report until March 16, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK. A. MELNICK
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

March 15, 2006

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on March 15, 2006, a copy of the foregoing "DEFENDANT'S MOTION TO ENLARGE THE TIME TO FILE A JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS