IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-1155C (Chief Judge Damich) |

JOINT STATUS REPORT

Pursuant to the Court's order dated November 10, 2005, the parties respectfully submit the following joint status report.

Discovery

The parties have accomplished the following:

Defendant served its initial disclosures on plaintiff on January 19, 2005. Plaintiff attempted to serve document requests and interrogatories on defendant on June 21, 2005, but plaintiff’s mailing was returned because of a problem with defendant’s mail service. Defendant received plaintiff’s formal discovery requests on July 18, 2005.

On September 1, 2005, defendant’s counsel was assigned to this case. On September 7, 2005, defendant produced to plaintiff copies of the documents that would be the equivalent of the Rule 4 file before a board of contract appeals. On October 22, 2005, plaintiff’s counsel served plaintiff’s initial disclosures on defendant’s counsel.

On October 31, 2005, defendant provided its responses to plaintiff’s written discovery requests. On November 9, 2005,

defendant provided plaintiff with defendant's document requests and requests for responses to written interrogatories. On December 14, 2005, defendant's counsel agreed to extend the deadline for plaintiff to respond to defendant's written discovery requests to January 14, 2006. On January 16, 2006, plaintiff's counsel informed defendant's counsel via letter that plaintiff would provide its responses to defendant's written discovery requests no later than January 23, 2006.

On February 16, 2006, plaintiff's counsel informed defendant's counsel that plaintiff's counsel had been unable to complete its responses to defendant's written discovery requests because of illness. On March 1, 2006, defendant filed an unopposed motion to enlarge the discovery period up to and including September 1, 2006.

The DCAA Audit

During the parties' status conference with the Court on October 20, 2005, the parties stated their belief that an audit of plaintiff's claims would be useful in this case. On November 8, 2005, the parties filed a joint status report in which defendant's counsel confirmed that he had obtained estimates from the Defense Contract Audit Agency ("DCAA") of the time required to complete an audit of plaintiff's claims. As reported by defendant's counsel, DCAA anticipated completing an audit by the end of February 2006.

When defendant's counsel contacted the contracting officer in this case to inquire regarding the status of the audit, he was informed that DCAA had not completed the audit because DCAA and Department of Veterans Affairs ("VA") representatives had determined that an audit could not be performed in a cost-effective manner in this case.

On March 10, 2006, defendant's counsel convened a conference call with the contracting officer and the DCAA auditors assigned to plaintiffs' claims. The auditors confirmed that they could not complete an audit without incurring costs and expenses that would constitute a significant percentage of the total amount sought in plaintiff's complaint. For this reason, VA elected not to complete the audit process begun in November 2005.

Settlement Discussions

The parties believe that an amicable resolution to this case is possible and likely will be in both parties' interests. The parties have exchanged information regarding legal authority governing this case as well as regarding plaintiff's methods of calculating its alleged damages. The parties believe that these discussions have been productive, and believe that continued settlement discussions are appropriate. Depending upon their future progress, the parties may ask the Court for a temporary

stay to this case to permit them to focus their efforts upon resolving this dispute amicably.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK. A. MELNICK
Assistant Director

s/ GUY W. BLUFF
GUY W. BLUFF
Bluff & Associates
844 North 4th Avenue
Phoenix, Arizona 85003-1314
Tel: (602) 452-2000
Fax: (602) 452-2010

Attorney for Plaintiff

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

March 16, 2006

CERTIFICATE OF FILING

I hereby certify that on March 16, 2006, a copy of the foregoing “JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ PAUL R. WELLONS