# In the United States Court of Federal Claims

No. 04-1155 C

(Filed: August 31, 2006)

| | |
|---|---|
| *********************************** | |
| **RICHARD E. LAMBERT, LTD.**, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**<u>ORDER</u>**

On August 29, 2006, the parties filed a joint motion to stay proceedings until November 30, 2005. The parties indicated that during the proposed period of the stay, they would conduct informal discovery by exchanging documents and would engage in settlement discussions. The joint status report also indicates that, in August, Defendant attempted to conduct three Rule 30(b)(6) depositions of Plaintiff's employees, but was unable to do so by the conclusion of the period of discovery ending September 1, 2006. The parties intend to conduct the Rule 30(b)(6) motion after the stay is lifted.

Accordingly, the Court **GRANTS** in part and **DENIES** in part the joint motion. The Court hereby ORDERS that the case will proceed as follows:

1. The discovery period is extended until **September 29, 2006**, for the limited purpose of allowing the Defendant to conduct its Rule 30(b)(6) depositions.

2. The case will be **STAYED** beginning **September 30, 2006** through **November 15, 2006**. The parties will have the opportunity to conduct the informal exchange of documents described in their motion.

3. The parties shall file a joint status report no later than **November 17, 2006** wherein they provide the Court recommendations on how to proceed with the future conduct of the case.

The parties are encouraged to conduct settlement discussions during both the extended discovery period and the stay.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge