IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1155C<br>(Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION FOR CLARIFICATION OF THE COURT'S AUGUST 31, 2006, ORDER

Defendant, the United States, respectfully requests clarification from the Court regarding ¶ 1 of the Court's August 31, 2006, order granting in part and denying in part the parties' joint motion to stay proceedings. We understood the intent of ¶ 1 of the order as to grant the parties an extension of the discovery period until September 29, 2006, to allow the United States to conduct four depositions. However, the order refers to Rule 30(b)(6) depositions. In the parties' joint motion, we had identified one Rule 30(b)(6) and three individual depositions, explaining "on August 3, 2006, counsel for defendant indicated her intent to depose three REL employees and conduct a deposition of REL pursuant to Rule 30(b)(6)." Accordingly, the United States respectfully requests clarification that it may conduct all four of the depositions identified in the joint motion – one Rule 30(b)(6) deposition of plaintiff, Richard E. Lambert, Inc., and three depositions of REL employees – during the limited, extended discovery period.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 305-3020
Fax: (202) 307-0972

September 6, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2006, a copy of the foregoing “MOTION FOR CLARIFICATION OF THE COURT’S AUGUST 31, 2006, ORDER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Allison Kidd-Miller