IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-1155C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rules 7(b) and 26(c) of the Rules of the Court of Federal Claims, the parties respectfully request that the Court enter a protective order in this action.

Certain documents produced during the deposition of one of plaintiff's employees contain confidential, proprietary, or otherwise sensitive information. In addition, as indicated in the parties' August 29, 2006 joint motion to stay proceedings, the parties intend to informally exchange information while proceedings in this case are stayed. Some of this information also may be proprietary or otherwise sensitive. A protective order is needed to maintain the confidentiality of this material. The parties have attached a proposed protective order as Exhibit A to this motion.

For these reasons, the parties respectfully request that the Court grant this joint motion for a protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Guy W. Bluff by
J. Murray Zeigler
GUY W. BLUFF
Bluff and Associates, P.C.
844 North 4th Avenue
Phoenix, AZ 85003
Tel: (602) 452-2000
Fax: (602) 452-2010

Attorney for Plaintiff

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 305-3020
Fax: (202) 307-0972

Attorneys for Defendant

October 3, 2006

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, a copy of the foregoing "JOINT MOTION FOR PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller