IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., Plaintiff, | ) | |
| v. | ) | No. 04-1155C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's August 31, 2006 order, plaintiff and defendant respectfully submit the following joint status report:

The parties have successfully negotiated settlement of plaintiff's claim and currently are finalizing that settlement, at which time plaintiff anticipates dismissing its claim. The parties have expressed optimism that this matter can be resolved without the further involvement of the Court.

Absent any further order from the Court, the parties intend to file another joint status report no later than January 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Guy W. Bluff
GUY W. BLUFF
Bluff and Associates, P.C.
844 North 4th Avenue
Phoenix, AZ 85003
Tel: (602) 452-2000
Fax: (602) 452-2010

Attorney for Plaintiff

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 305-3020
Fax: (202) 307-0972

Attorneys for Defendant

November 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller