# In the United States Court of Federal Claims

No. 04-1155 C

(Filed: November 20, 2006)

```
***********************************
RICHARD E. LAMBERT, LTD.,          *
                                   *
               Plaintiff,          *
                                   *
     v.                            *
                                   *
THE UNITED STATES,                 *
                                   *
               Defendant.          *
                                   *
***********************************
```

**ORDER**

On November 17, 2006, the parties filed a joint status report informing the Court that they "have successfully negotiated settlement of plaintiff's claim." The Court hereby ORDERS that the parties file a joint status report on the steps still necessary to conclude settlement on or before **January 16, 2007**, unless a stipulation of dismissal has already been filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge