IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD E. LAMBERT, LTD., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 04-1155C (Chief Judge Damich) |

JOINT STATUS REPORT

Pursuant to the Court's November 20, 2006 order, plaintiff and defendant respectfully submit the following joint status report:

As reported in our November 17, 2006 status report, the parties have successfully negotiated settlement of plaintiff's claim. Defendant currently is taking the steps necessary to comply with the terms of the parties' settlement agreement and, upon satisfaction of those terms, plaintiff will dismiss its claim.

Absent any further order from the Court and unless a stipulation of dismissal already has been filed, the parties intend to file another joint status report no later than April 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Guy W. Bluff
GUY W. BLUFF
Bluff and Associates, P.C.
844 North 4th Avenue
Phoenix, AZ 85003
Tel: (602) 452-2000
Fax: (602) 452-2010

Attorney for Plaintiff

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 305-3020
Fax: (202) 307-0972

Attorneys for Defendant

January 16, 2007

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller