# In the United States Court of Federal Claims

No. 04-1155 C

(Filed: January 18, 2007)

************************************
**RICHARD E. LAMBERT, LTD.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

On January 16, 2007, the parties filed a joint status report informing the Court that "Defendant is currently taking the steps necessary to comply with the terms of the parties' settlement and, upon satisfaction of those terms, plaintiff will dismiss its claim." Upon consideration of the parties' joint proposal, the Court hereby ORDERS that the parties file a joint status report on the steps still necessary to conclude settlement on or before **April 16, 2007**, unless a stipulation of dismissal has already been filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge